Abraham Mathew, State Bar No. 181110
abraham@mathewandgeorge.com
Jacob George, State Bar No. 213612
MATHEW & GEORGE
11355 West Olympic Boulevard, Suite 300
Los Angeles, California 90064
Telephone: (310) 478-4349
Fax:  (310) 478-9580

Attorneys for Defendants, UDUPI BHAVAN INC., MADRAS FAST FOOD, INC., UDAY SHETTY AND BINO JACOB

**GRANTED**
Judge James Ware
5/17/2007

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO BUATISTA ZARATE, JOSE LUIS CORTES RODRIGUEZ, LORENZO SALAMANCA, EZEQUIEL SANTIAGO JOSE, CESAR AUGUSTO HERNANDEZ MORALEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>UDUPI BHAVAN INC., MADRAS FAST FOOD, INC., UDAY SHETTY AND BINO JACOB, dba UDUPI PALACE and DOES 1-10,<br><br>Defendants. | Case No.:  5:07 CV 00854 JW (PVT)<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>[Civil L.R. 16-2(e); 7-12]<br><br>Current Date:  May 21, 2007<br>Time:  10:00 AM<br>Ctrm.:  8<br>Hon. James Ware, Judge<br><br>New Date:  June 25, 2007<br>Time:  10:00 AM<br>Courtroom:  8<br>Hon. James Ware, Judge |

    Whereas the complaint in this action was filed on February 9, 2007 but was not served and whereas Plaintiffs filed an amended complaint as a matter of right on March 23, 2007; and

    Whereas none of the defendants named in the amended complaint have made a general appearance in this action but have filed a motion to dismiss or alternatively quash service of

1  summons pursuant to *FRCP Rule 12(b)(5)* the hearing on which is set for June 11, 2007; and

2  Whereas the parties are not able to conduct a meaningful early meeting of counsel to
3  discuss the initial disclosures, early settlement, ADR process selection and discovery plan prior
4  to the currently scheduled case management conference on May 21, 2007; and

5  Whereas Plaintiffs and Defendants desire to continue the case management conference to
6  a date after the hearing on the motion to dismiss/quash.

7

8  **IT IS HEREBY STIPULATED** by and between Plaintiffs Gregorio Buatista Zarate,
9  Jose Luis Cortes Rodriguez, Lorenzo Salamanca, Ezequiel Santiago Jose, Cesar Augusto
10 Hernandez Moralez (collectively "Plaintiffs") acting by and through their counsel of record
11 James Dal Bon of Dal Bon & Wang and Defendants Udupi Bhavan Inc., Madras Fast Food, Inc.,
12 Uday Shetty And Bino Jacob, dba Udupi Palace (collectively "Defendants") acting by and
13 through their counsel Abraham Mathew, of Mathew & George as follows:

14 1. The execution and filing of this Stipulation by Defendants is not intended to and
15 shall not be considered a general appearance and shall not be considered as an admission by
16 Defendants that this Court has acquired jurisdiction of Defendants.  This is a special appearance
17 only made by the Defendants so as to advise the Court of the parties inability to conduct a
18 meaningful early meeting of counsel and to request a continuance of the case management
19 conference currently scheduled for May 21, 2007;

20 2. All of defendants rights, defenses and arguments with respect to insufficiency of
21 process or insufficiency of service of process is expressly reserved and shall not be deemed
22 waived;

23 3. The Case Management Conference currently scheduled for May 21, 2007 is
24 continued to June 25, 2007.

25 ///
26 ///
27 ///
28 ///

| | | |
|---|---|---|
| 1 | DATED: May 15, 2007 | MATHEW & GEORGE |
| 2 | | <u>SPECIAL APPEARANCE ONLY</u> |
| 5 | | By /s/amathew |
| 6 | | Abraham Mathew, Attorney for Defendants, UDUPI BHAVAN INC., MADRAS FAST FOOD, INC., UDAY SHETTY AND BINO JACOB, dba UDUPI PALACE |
| 11 | Dated: May 16, 2007 | DAL BON & WANG |
| 13 | | By: /s/jdalbon |
| 14 | | James Dal Bon |
| | | Attorney for Plaintiffs, |
| 15 | | GREGORIO BUATISTA ZARATE, JOSE LUIS CORTES RODRIGUEZ, LORENZO SALAMANCA, EZEQUIEL SANTIAGO JOSE, CESAR AUGUSTO HERNANDEZ MORALEZ |