ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 292-1045

Attorney for Plaintiffs
GREGORIO BUATISTA ZARATE, JOSE LUIS
CORTES RODRIGUEZ, LORENZO
SALAMANCA, EZEQUIEL SANTIAGO JOSE,
CESAR AUGUSTO HERNANDEZ MORALEZ

Abraham Mathew, State Bar No. 181110
Jacob George, State Bar No. 213612
MATHEW & GEORGE
11355 West Olympic Boulevard, Suite 300
Los Angeles, California 90064
Telephone: (310) 478-4349

Attorneys for Defendants
UDUPI BHAVAN INC.,
MADRAS FAST FOOD, INC., UDAY SHETTY
AND BINO JACOB, dba UDUPI PALACE.

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — DENIED — Judge James Ware — 6/22/2007]*

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO BUATISTA ZARATE, JOSE LUIS CORTES RODRIGUEZ, LORENZO SALAMANCA, EZEQUIEL SANTIAGO JOSE, CESAR AUGUSTO HERNANDEZ MORALEZ,<br><br>　　　　Plaintiffs,<br><br>　　　vs.<br><br>UDUPI BHAVAN INC., MADRAS FAST FOOD, INC., UDAY SHETTY AND BINO JACOB, dba UDUPI PALACE and DOES 1-10,<br><br>　　　　Defendants. | Case No.: C07-00854 JW<br><br>**STIPULATION TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS AND/OR QUASH SERVICE OF SUMMONS AND COMPLAINT & [PROPOSED] ORDER** |

　　　Parties, through their respective counsel, stipulate as follows:

　　　1.　　Plaintiffs field Complaint on February 9, 2007.

2.	On May 2, 2007, Defendants filed a motion to dismiss or to quash service of summons and Complaint.  The hearing on this motion was originally set on June 11, 2007, but was continued to June 25, 2007 pursuant to parties' stipulation.

3.	On June 20, 2007, Adam Wang filed a Notice of Appearance as an additional counsel for Plaintiffs in this case.

4.	The Plaintiffs' lead counsel Mr. James Dal Bon may be unavailable on June 25, 2007 for the hearing of the motion to dismiss or quash.

5.	As such, parties hereby stipulate to continue the hearing on the motion to dismiss or quash to July 2, 2007.

6.	Parties also request that the Initial case Management Conference concurrently set on June 25, 2007 be continued to July 2, 2007.

                                       DAL BON & WANG
                                       ADAM WANG

Dated:  June 20, 2007                  By:  /s/ ADAM WANG
                                            Adam Wang
                                            Attorney for Plaintiffs
                                         GREGORIO BUATISTA ZARATE,
                                         JOSE LUIS CORTES RODRIGUEZ,
                                         LORENZO SALAMANCA,
                                         EZEQUIEL SANTIAGO JOSE,
                                         CESAR AUGUSTO HERNANDEZ
                                         MORALEZ

Dated:  June 20, 2007                  MATHEW & GEORGE

                                    By:  /s/ AMathew/s/
                                         Abraham Mathew
                                         Attorney for Defendants
                                         Abraham Mathew, State Bar No. 181110
                                         UDUPI BHAVAN INC., MADRAS FAST
                                         FOOD, INC., UDAY SHETTY, & BINO
                                         JACOB, dba UDUPI PALACE.

**STIPULATION TO CONTINUE**
Buatista, et al. v. Udupi Nhavan Inc., et al.

[PROPOSED] ORDER

DENIED
Judge James Ware

The Court DENIES the request for Continuance of the Case Management Conference on 6/25/2007 at 10:00 AM. The Parties shall appear for the scheduled Conference, Courtroom 8, 4th Floor, San Jose before Hon. James Ware.

IT IS SO ORDERED.

Dated: June 22, 2007

By: James Ware
James Ware
US District Judge