JAMES DAL BON
CA BAR #157942
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408)297-4729
FAX (408)297-4728

ATTORNEY FOR PLAINTIFF



GRANTED
Judge James Ware
2/27/2009

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO ZARATE ET AL<br><br>Plaintiff,<br><br>vs.<br><br>UDUPI PALACE ET AL<br><br>Defendants | 5:07-cv-00854 PVT<br><br>VOLUNTARY DISMISSAL RULE OF FEDERAL CIVIL PROCEDURE 41(a)(1)(A)(ii) WITH PREJUDICE |

1. Parties have fully resolved their disputes and entered into a Settlement Agreement and Release in February of 2008.

2. Each party is to bear its own costs and fees.

3. Parties hereby stipulate to dismiss entire action with prejudice.

Stipulated Dismissal With Prejudice

1

February 18, 2009

Digitally signed by James Dal Bon
DN: cn=James Dal Bon, o, ou=Law Offices of
James Dal Bon, email=jdblaw@earthlink.net, c=US
Date: 2009.02.18 13:21:05 -08'00'

---

James Dal Bon
For the Plaintiff
Law Offices of James Dal Bon


Dated:

---

Abraham Matthew
Matthew & George


**IT IS SO ORDERED:**

The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: February 27, 2009

---
United States District Judge James Ware

Stipulated Dismissal With Prejudice

2